IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

|  |  |  |
|---|---|---|
| CIENA CAPITAL FUNDING, LLC | * | |
| Plaintiff | * | |
| VS. | * | NO: 2:08CV00221 SWW |
| SEVEN HILLS, LLC d/b/a BEST VALUE INN BRINKLEY | * | |
| Defendant | * | |

## ORDER

Plaintiff moves for dismissal of this action for a receiver pending foreclosure, reporting that a judicial foreclosure sale was held on February 27, 2009, and Plaintiff was the successful bidder.

IT IS THEREFORE ORDERED that Plaintiff's motion to dismiss (docket entry #17) is GRANTED, and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 11TH DAY OF JUNE, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE